HARVEY SISKIND JACOBS LLP
Ian K. Boyd (SBN 191434)
Ranjitsinh Mahida (SBN 206741)
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Tel: (415) 354-0100
Fax: (415) 391-7124

SHAW PITTMAN LLP
Lawrence J. Gotts (*pro hac vice pending*)
Yitai Hu (*pro hac vice pending*)
Mark Koehn (*pro hac vice pending*)
Ming-Tao Yang (*pro hac vice pending*)
David C. Isaacson (*pro hac vice pending*)
1650 Tysons Boulevard, 14th Floor
McLean, Virginia 22102
Tel: (703) 770-7900
Fax: (703) 770-7901

Attorneys for Intervenor
REALTEK SEMICONDUCTOR CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| 3 COM CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>D-LINK SYSTEMS, INC., a California corporation,<br><br>Defendant. | No. C-03-2177 VRW<br><br>**REALTEK SEMICONDUCTOR CORPORATION'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO INTERVENE PURSUANT TO FED. R. CIV. P. 24**<br><br>Date: June 24, 2004<br>Time: 2:00 p.m.<br>Courtroom: 6, 17TH Floor |

**REALTEK SEMICONDUCTOR CORPORATION'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO INTERVENE PURSUANT TO FED. R. CIV. P. 24**

The present motion is set for argument on June 24, 2004. In view of the notice of non-opposition filed by Plaintiff/Intervenor Defendant 3Com Corporation ("3Com"), none of the parties to the present action oppose the intervention by Realtek Semiconductor Corporation ("Realtek"). Accordingly, Realtek respectfully requests that its motion to intervene be granted, without further argument, and that a Case Management Conference be scheduled for an appropriate time following 3Com's answer to Realtek's Intervention Complaint, after the issues have been joined.

Dated: June 16, 2004                    Respectfully Submitted

HARVEY SISKIND JACOBS LLP
Ian K. Boyd
Ranjitsinh Mahida


By: /s/ Ranjitsinh Mahida
        Ranjitsinh Mahida


SHAW PITTMAN LLP
Lawrence J. Gotts (*pro hac vice pending*)
Yitai Hu (*pro hac vice pending*)
Mark Koehn (*pro hac vice pending*)
Ming-Tao Yang (*pro hac vice pending*)
David C. Isaacson (*pro hac vice pending*)

Attorneys For Intervenor
REALTEK SEMICONDUCTOR CORPORATION