NEIL A. SMITH (No. 63777)
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone: 415/434-1600
Facsimile: 415/217-5910

Of Counsel:

JAMES H. LAUGHLIN, JR. (*Pro Hac Vice*)
ROBERT C. BERTIN (*Pro Hac Vice*)
CHADWICK A. JACKSON (*Pro Hac Vice*)
SEAN P. O'HANLON (*Pro Hac Vice*)
THOMAS S. VALENTE (*Pro Hac Vice*)
SWIDLER BERLIN LLP
3000 K Street, N.W., Suite 300
Washington, DC 20007-5116
Telephone: 202/424-7500
Facsimile: 202/295-8478

Attorneys for Plaintiff
3COM CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| 3COM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>D-LINK SYSTEMS INC.,<br><br>Defendant. | No. C-03-2177 VRW<br><br>NOTICE OF RELATED CASES AND ADMINISTRATIVE MOTION TO RELATE CASES |
| REALTEK SEMICONDUCTOR CORPORATION,<br><br>Intervenor/<br>Counterclaim Defendant,<br><br>v.<br><br>3COM CORPORATION,<br><br>Intervention Defendant/<br>Counterclaim Plaintiff. | |

1  TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
2  CALIFORNIA:

3   PLEASE TAKE NOTICE that pursuant to Civil L.R. 3-12, plaintiff 3Com Corporation
4  hereby informs the Court that the above-captioned case is related to 3Com Corporation v.
5  D-Link Systems, Inc., Case No. C 050098 PVT (N.D. Cal.) filed on January 6, 2005, and
6  requests that the two cases be related.

7   The cases involve the same plaintiff and one of the same defendants, similar and
8  related products, and similar claims and defenses. The two patents asserted to be infringed
9  in the new case are both asserted (against the same Defendant and a different Defendant, and
10 with other patents) here. The validity, claim construction and possible infringement issues
11 in the two actions are similar. If the cases are not conducted before the same Judge, there
12 will be an unduly burdensome duplication of labor and expense and the possibility of
13 conflicting results.

14 DATED: _____, 2005.

Respectfully,

NEIL A. SMITH
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation

of Counsel

JAMES H. LAUGHLIN, JR
ROBERT C. BERTIN
CHADWICK A. JACKSON
SEAN P. O'HANLON
THOMAS S. VALENTE
SWIDLER BERLIN LLP

By: _____
        NEIL A. SMITH

Attorneys for Plaintiff 3COM CORPORATION

28 WD 011305/1-155110002/1192165/v1