**E-Filing**

1  JEFFREY E. OSTROW (BAR NO. 213118)
   jostrow@stblaw.com
2  SIMPSON THACHER & BARTLETT LLP
   3330 Hillview Avenue
3  Palo Alto, CA 94304
   Telephone:  (650) 251-5000
4  Facsimile:   (650) 251-5002

5  HENRY B. GUTMAN (Admitted *Pro Hac Vice*)
   hgutman@stblaw.com
6  SIMPSON THACHER & BARTLETT LLP
   425 Lexington Avenue
7  New York, NY 10017-3954
   Telephone:  (212) 455-2000
8  Facsimile:   (212) 455-2502

9  Attorneys for Plaintiff
   3COM CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN

| | |
|---|---|
| 3COM CORPORATION, | Case No. CV 03-2177 VRW |
| Plaintiff, | PLAINTIFF 3COM CORPORATION'S NOTICE OF SUBSTITUTION OF COUNSEL |
| v. | |
| D-LINK SYSTEMS INC., | |
| Defendant. | |
| REALTEK SEMICONDUCTOR CORP., | |
| Intervenor | |

NOTICE OF AFFILIATION AND SUBSTITUTION OF COUNSEL   CV 03-2177 VRW
-1-

1  PLEASE TAKE NOTICE that Plaintiff 3COM Corporation hereby relieves the law
2  firm of Howard, Rice, Nemerovski, Canady, Falk & Rabkin, A Professional Corporation, as
3  its counsel of record in the above-referenced action. 3COM respectively requests that the
4  Court issue an order permitting the withdrawal of said counsel pursuant to Local Rule 11-5,
5  and substituting the law firm of Simpson Thacher & Bartlett LLP in its stead, which remains
6  3COM's counsel for all purposes in the above referenced action.
7  WE CONSENT TO THE ABOVE SUBSTITUTION AND WITHDRAWAL:

Dated: July __, 2005.

HOWARD, RICE, NEMEROVSKI, CANADY,
FALK & RABIN
A Professional Corporation

By: _____
Dirk M. Schenkkan

ON BEHALF OF SIMPSON THACHER & BARLETT LLP AND AS AUTHORIZED AGENT FOR PLAINTIFF 3COM CORPORATION, WE CONSENT TO AND ACCEPT THE ABOVE SUBSTITUTION:

Dated: July __, 2005.

SIMPSON THACHER & BARTLETT LLP

By: _____
Jeffrey E. Ostrow

IT IS SO ORDERED.

Dated: July ___, 2005.
X 9 AUG 2005

By: _____
THE HONORABLE VAUGHN R. WALKER
UNITED STATES DISTRICT JUDGE