1  Jeffrey E. Ostrow (CSB No. 213118)
   SIMPSON THACHER & BARTLETT LLP
2  3330 Hillview Avenue
   Palo Alto, California 94304
3  Telephone: (650) 251-5000
   Facsimile: (650) 251-5002

4  Henry B. Gutman (*pro hac vice*)
   Jeremy S. Pitcock (*pro hac vice*)
5  SIMPSON THACHER & BARTLETT LLP
   425 Lexington Avenue
6  New York, New York 10017
   Telephone: (212) 455-2000
7  Facsimile: (212) 455-2502

8  Attorneys for Plaintiff/Counterdefendant
   3COM CORPORATION
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13

14 | 3COM CORPORATION,            | Case No. Cv-03-2177-VRW
15 |         Plaintiff,            | **STIPULATION TO ADJOURN THE FURTHER CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**
16 |    v.                         |
17 | D-LINK SYSTEMS INC.,          | Date:
18 |    and                        | Time:
                                    | Judge: Vaughn R. Walker
19 | REALTEK SEMICONDUCTOR CORPORATION
20 |
21 |         Defendants.

22

23       The parties hereby stipulate, by and through their respective counsel, to an

24 adjournment of the Further Case Management Conference, currently scheduled for December 6,

25 2005 at 9 a.m., to December 13, 2005 at 9 a.m.

26

27

28

| | |
|---|---|
| Dated: November 22, 2005 | Respectfully Submitted,<br>SIMPSON THACHER & BARTLETT LLP |
| | By:   /s/ Henry B. Gutman<br>        Henry B. Gutman (*admitted pro hac vice*) |
| | Attorneys for Plaintiff<br>3COM CORPORATION |
| Dated: November 22, 2005 | FINNEGAN, HENDERSON, FARABOW,<br>GARRET & DUNNER, LLP |
| | By:   \s\ Steven H. Morrissett<br>        Steven H. Morrissett |
| | Attorneys for Defendant<br>D-LINK SYSTEMS INC. |
| Dated: November 22, 2005 | AKIN GUMP STRAUSS HAUER & FELD LLP |
| | By:   \s\ Elizabeth H. Rader<br>        Elizabeth H. Rader |
| | Attorneys for Defendant<br>REALTEK SEMICONDUCTOR CORPORATION |

PURSUANT TO GENERAL ORDER NO. 45, SECTION X(B) REGARDING SIGNATURES, HENRY B. GUTMAN ATTESTS THAT CONCURRENCE IN THE FILING OF THIS DOCUMENT HAS BEEN OBTAINED FROM STEVEN H. MORRISSETT AND ELIZABETH H. RADER.

**ORDER**

IT IS SO ORDERED.

Dated: _____, 2005

November 23, 2005

_____
Honorable Judge Vaughn R Walker
United States District Judge

STIPULATION TO ADJOURN THE FURTHER
CASE MANAGEMENT CONFERENCE
AND [PROPOSED] ORDER
Case No. Cv-03-2177-VRW