UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 3COM CORPORATION, | ) | |
| Plaintiff(s), | ) | No. C03-2177 VRW (BZ) |
| v. | ) | **FIFTH DISCOVERY ORDER** |
| D-LINK SYSTEMS, INC., | ) | |
| Defendant(s). | ) | |

Having read Judge Walker's order entered November 21, 2005 and the attached letter from Realtek, **IT IS HEREBY ORDERED** that 3-Com shall file a two page letter reply by **noon, December 1, 2005.** A telephone conference to consider the dispute is scheduled for **Monday, December 7, 2005, at 1:30 p.m.** Counsel for Realtek shall get counsel for 3-Com on the line and call chambers at 415-522-4093.

Dated: November 29, 2005

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\3COM\DISC5.ORDER.wpd

1