UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3COM CORPORATION,<br><br>        Plaintiff(s),<br><br>  v.<br><br>D-LINK SYSTEMS, INC.,<br><br>        Defendant(s). | No. C03-2177 VRW (BZ)<br><br>**AMENDED FIFTH DISCOVERY ORDER RESETTING DATE OF TELEPHONIC CONFERENCE** |

Having read Judge Walker's order entered November 21, 2005 and the attached letter from Realtek, **IT IS HEREBY ORDERED** that 3-Com shall file a two page letter reply by **noon, December 1, 2005**. A telephone conference to consider the dispute is <u>**rescheduled**</u> from December 7, 2005, to **Monday, December 5, 2005, at 1:30 p.m.** Counsel for Realtek shall get counsel for 3-Com on the line and call chambers at **415-522-4093**.

Dated: December 1, 2005

                                                  Bernard Zimmerman
                                  United States Magistrate Judge

G:\BZALL\-REFS\3COM\AMENDED DISC5.ORDER.wpd

1