UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 3COM CORPORATION, | ) | |
| Plaintiff(s), | ) | No. C03-2177 VRW (BZ) |
| v. | ) | **SIXTH DISCOVERY ORDER** |
| D-LINK SYSTEMS, INC., | ) | |
| Defendant(s). | ) | |

Following the telephone conference on December 5, 2005, at which all sides were represented by counsel, **IT IS HEREBY ORDERED** as follows:

    1.  I find no need for further briefing on the issue of whether 3Com was precluded from including in its amended preliminary contentions certain Realtek chip models which were not in its original contentions.  The parties agreed and requested that I rule on the letter briefs.

    2.  Realtek's motion is **DENIED**.  As I understand it, Realtek agreed to allow 3Com to amend its preliminary infringement contentions when new counsel substituted in for 3Com and that no conditions were attached to 3Com's ability to

1

1  amend.  Under those circumstances, I conclude that 3Com's
2  provision of a list of accused chip models of which it was
3  aware on the date it filed its amended preliminary
4  infringement contentions is consistent with Patent Local Rule
5  3-1(b).  Nor does it appear that inclusion of the additional
6  chip models will adversely impact the trial schedule or unduly
7  expand the scope of trial.
8  Dated: December 5, 2005

_____
Bernard Zimmerman
United States Magistrate Judge

G:/BZALL/-REFS/3COM/DISC6.ORDER.WPD

2