UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3COM CORPORATION,<br><br>      Plaintiff(s),<br><br>  v.<br><br>D-LINK SYSTEMS, INC.,<br><br>      Defendant(s). | No. C03-2177 VRW (BZ)<br><br>**SEVENTH DISCOVERY ORDER** |

Following the telephone conference on December 5, 2005, **IT IS HEREBY ORDERED** that if it wishes, defendant Realtek Semiconductor Corp. ("Realtek") is granted leave to file a motion to compel further preliminary infringement contentions by **December 9, 2005,** having in mind the court's views. Realtek shall lodge with the motion a record of the meet and confer session regarding this issue.

Any opposition shall be filed by **December 23, 2005** and any reply shall be filed by **December 30, 2005**. The court will schedule a hearing if one is deemed necessary.

Dated: December 5, 2005

                                      Bernard Zimmerman
                           United States Magistrate Judge

G:\BZALL\-REFS\3COM\DISC7.ORDER.WPD