

1  [All counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| 3COM CORPORATION,<br><br>            Plaintiff,<br><br>v.<br><br>D-LINK SYSTEMS INC.,<br><br>    and<br><br>REALTEK SEMICONDUCTOR CORPORATION<br><br>            Defendants. | Case No. Cv-03-2177-VRW ENE<br><br>**JOINT DISCOVERY SCHEDULE AND [PROPOSED] ORDER**<br><br>Date: June 21, 2005<br>Time: 9:00 a.m.<br>Judge: Vaughn R. Walker<br>Courtroom: 6 |

The parties to the above-entitled action, Plaintiff 3Com Corporation ("3Com"), Defendant D-Link Systems Inc. ("D-Link"), and Defendant Realtek Semiconductor Group ("Realtek") jointly submit this Discovery Schedule and Proposed Order pursuant to this Court's Order of May 26, 2005, and request the Court to adopt the proposed schedule as its Case Management Order in this case.

The parties propose the following discovery plan (those dates marked with an "*" represent jointly proposed dates that differ from the Patent Local Rules). All amendments are subject to the requirements of the Patent Local Rules and the orders of the Court:

1

- September 16, 2005* – 3Com serves amended Disclosure of Asserted Claims and Preliminary Infringement Contentions on all patents with respect to both D-Link's and Realtek's accused products and produces any additional documents pursuant to Pat.L.R. 3-1 and 3-2, to the extent necessary.

- November 18, 2005* – D-Link and Realtek serve amended Preliminary Invalidity Contentions and produce documents pursuant to Pat.L.R. 3-3 and 3-4, to the extent any amendments or additional documents are necessary.

- November 30, 2005* – Parties exchange Proposed Terms and Claim Elements for Construction pursuant to Pat.L.R. 4-1, to the extent necessary in light of earlier amendments to the Patent Local Rule disclosures, contentions, and documents.

- December 20, 2005 – Parties exchange Preliminary Claim Constructions and Extrinsic Evidence pursuant to Pat.L.R. 4-2, to the extent necessary in light of earlier amendments to the Patent Local Rule disclosures, contentions, and documents.

- January 17, 2006 – Parties file Joint Claim Construction and Prehearing Statement pursuant to Pat.L.R. 4-3, to the extent necessary in light of earlier amendments to the Patent Local Rule disclosures, contentions, and documents.

- February 16, ~~2005~~ 2006 – Completion of Claim Construction Discovery pursuant to Pat. L.R. 4-4.

- March 3, 2006 – 3Com files Opening Brief on Claim Construction pursuant to Pat.L.R. 4-5.

- March 17, 2006 – D-Link and Realtek file Responsive Brief(s) on Claim Construction pursuant to Pat.L.R. 4-5.

- March 24, 2006 – 3Com files Reply Brief on Claim Construction pursuant to Pat.L.R. 4-5.

- April ~~13~~ 12, 2006*, subject to the convenience of the Court's calendar – Proposed Claim Construction Hearing Pursuant to Pat.L.R. 4-6.

Dated: June 13, 2005

Respectfully Submitted,
SIMPSON THACHER & BARTLETT LLP

By:  /s/ Henry B. Gutman
Henry B. Gutman (pro hac vice pending)

Attorneys for Plaintiff
3COM CORPORATION

| | | |
|---|---|---|
| 1 | Dated: June 13, 2005 | FINNEGAN, HENDERSON, FARABOW, GARRET & DUNNER, LLP |
| 2 | | |
| 3 | | By: \s\ Steven H. Morrissett |
| 4 | | Steven H. Morrissett |
| 5 | | Attorneys for Defendant D-LINK SYSTEMS INC. |

Dated: June 13, 2005

AKIN GUMP STRAUSS HAUER & FELD LLP

By:  \s\ Elizabeth H. Rader
Elizabeth H. Rader

Attorneys for Defendant
REALTEK SEMICONDUCTOR
CORPORATION

FILER'S ATTESTATION: PURSUANT TO GENERAL ORDER NO. 45, SECTION X(B) REGARDING SIGNATURES, ELIZABETH H. RADER ATTESTS THAT CONCURRENCE IN THE FILING OF THIS DOCUMENT HAS BEEN OBTAINED.

**ORDER**

IT IS SO ORDERED.

Dated: 1 3 DEC 2005, 2005

_____
Honorable Vaughn R. Walker
United States District Judge