IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3Com Corporation, | |
|     Plaintiff, | No. C 03-2177 VRW |
|   v. | |
| D-Link Systems, Inc, | **ORDER TO PER TEM REPORTER TO PRODUCE TRANSCRIPT** |
|     Defendant, | |
| Realtek Semiconductor Corp, | |
|     Intervenor. | |

On June 21, 2005, a further case management conference was held in the above-entitled action. Production of a transcript of that conference for the court is necessary for the resolution of this matter.

Accordingly, pro tem court reporter Rosita Flores is directed to prepare the transcript of this proceeding on the following basis:

(X) Ordinary (within 30 days @ $3.30 per page).

( ) Expedited (within 7 days @ $4.40 per page).

( ) Daily (overnight @ $5.50 per page).

//

//

//

//

//

1  Therefore, the Clerk is directed to pay said reporter the cost of preparing the
2  transcript at the rate indicated above, and in accordance with the requirements of the Judicial
3  Conference of the United States, as set forth in the Guide to Judiciary Policies and Procedures.

4
5  **IT IS SO ORDERED.**
6
7  Dated: _____
8  Vaughn R Walker
   United States District Chief Judge

cc: Court Reporter Supervisor and Pro Tem Reporter