UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 3COM CORPORATION, | ) | |
| Plaintiff(s), | ) | No. C05-0098 VRW (BZ) |
| v. | ) | and related case |
| D-LINK SYSTEMS, INC., | ) | No. C03-2177 VRW (BZ) |
| Defendant(s). | ) | **SECOND DISCOVERY ORDER** |

Chief Judge Walker has referred to me a "flurry of discovery disputes" in these related cases. **IT IS HEREBY ORDERED** as follows:

1. The protective order available on the court's website is entered provisionally. The parties shall provide discovery pursuant to it forthwith. By **February 1, 2006,** the parties shall either stipulate to this protective order or each unwilling party shall explain to the court in a letter of no more than two pages also served on opposing counsel, why it is unwilling to do so.

2. Inasmuch as this court has little experience in "interrogatory sub-part counting," the parties are **ORDERED** by **January 27, 2006,** to meet in accordance with the Initial

1

1 | Discovery Order previously entered in these cases and confer
2 | in a good faith effort to resolve this issue.  If they cannot,
3 | the party seeking court intervention shall lodge a record of
4 | that session with the court by no later than **February 1, 2006**
5 | and file and serve a letter of no more than two pages
6 | explaining the remaining problems.  The opposing party shall
7 | file a similar letter setting forth its position within 48
8 | hours of receiving a letter request court intervention.  The
9 | court will then schedule such hearings as it deems
10 | appropriate.
11 | Dated:   January 23, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\3COM (C05-0098)\DISC2.ORDER.wpd