IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3COM CORP, | No C 03-2177 VRW |
|     Plaintiff, | ORDER |
|     v | |
| D-LINK SYSTEMS, INC, | |
|     Defendant, | |
| _____ | |
| REALTEK SEMICONDUCTOR CORP, | |
|     Intervenor. | |
| _____/ | |

    On November 21, 2005, in response to a letter from counsel for intervenor Realtek Semiconductor Corp ("Realtek"), the court referred to Magistrate Judge Bernard Zimmerman a dispute regarding "plaintiff's alleged non-compliance with Pat L R 3-1(c) and 3-2(b)." Doc #277 at 1. Although counsel's letter requested that the court strike newly accused products from 3Com's amended

preliminary infringement contentions, the court did not include this dispute within the scope of matters referred to Magistrate Judge Zimmerman.

The parties nonetheless presented the issue of the newly accused products to Magistrate Judge Zimmerman, and Magistrate Judge Zimmerman denied Realtek's motion to strike.  Doc #286. Because the court did not refer this particular dispute to Magistrate Judge Zimmerman, his order denying Realtek's motion to strike is hereby VACATED.  The court in no way faults Magistrate Judge Zimmerman; the order of referral could have been clearer regarding its scope.

Plaintiff 3Com Corp ("3Com") is ORDERED TO SHOW CAUSE why Realtek products not named in 3Com's original preliminary infringement contentions should not be stricken in light of (1) Pat L R 3-7, (2) 3Com's representations to the court during the further case management conference held on June 21, 2005, and (3) the understandings of the parties and their counsel when drafting the stipulated proposed discovery order, Doc #269.  3Com's submission shall not exceed 12 pages and shall be filed on or before January 31, 2006.  No briefing is requested of Realtek, as its position has already been stated in its objections to Magistrate Judge Zimmerman's order denying its motion to strike.

SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

2