[Counsel listed on last page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| 3COM CORPORATION,<br><br>      Plaintiff/Counterdefendant,<br><br>  v.<br><br>D-LINK SYSTEMS INC.,<br><br>    and<br><br>REALTEK SEMICONDUCTOR CORPORATION<br><br>      Defendants/Counterplaintiffs. | Case No. Cv-03-2177-VRW<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER AMENDING CLAIM<br>CONSTRUCTION SCHEDULE |

The parties to the above-entitled action, Plaintiff/Counterdefendant 3Com Corporation ("3Com") and Defendants/Counterplaintiffs Realtek Semiconductor Corporation ("Realtek") and D-Link Systems Inc. ("D-Link"), stipulate and agree, by and through their respective counsel, subject to the Court's approval, as follows:

1. The Scheduling Order of December 13, 2005 is amended with respect to claim construction briefing and the claim construction hearing as follows:

- March 10, 2006 – 3Com files Opening Brief on Claim Construction pursuant to Pat. L.R. 4-5.

- March 24, 2006 – D-Link and Realtek file Responsive Brief(s) on Claim Construction pursuant to Pat. L.R. 4-5.

- March 31, 2006 – 3Com files its Reply Brief on Claim Construction pursuant to Pat. L.R. 4-5.

- April 14, 2006 – Claim Construction Hearing Pursuant to Pat. L.R. 4-6.

2. The parties respectfully request that in light of the number of patents and terms in dispute, the page limits for claim construction briefs be changed from those set forth in the Court's Standing Order 3.1 to no more than 35 pages per party for Opening and Responsive Briefs, and no more than 25 pages for 3Com's Reply Brief.

Respectfully Submitted,

Dated: March 8, 2006

SIMPSON THACHER & BARTLETT LLP
3330 Hillview Avenue
Palo Alto, CA  94304
Telephone:  (650) 251-5000
Facsimile:  (650) 251-5002

425 Lexington Avenue
New York, NY  10017
Telephone:  (212) 455-2000
Facsimile:  (212) 455-2502

By:   /s/ Henry B. Gutman
        Henry B. Gutman (admitted *pro hac vice*)

Attorneys for Plaintiff/Counterdefendant
3Com Corporation

Dated: March 8, 2006

AKIN GUMP STRAUSS HAUER & FELD LLP
1950 University Avenue, Suite 505
East Palo Alto, CA  94303
Telephone:  (415) 795-9500
Facsimile:  (415) 765-9502

By:   /s/ Elizabeth H. Rader
        Elizabeth H. Rader (CSB No. 184963)

Attorneys for Defendant/Counterplaintiff
Realtek Semiconductor Corp.

| | | |
|---|---|---|
| 1 | Dated: March 7, 2006 | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP |
| 2 | | Stanford Research Park |
| | | 3300 Hillview Avenue |
| 3 | | Palo Alto, CA  94304-1203 |
| | | Telephone:  (650) 849-6600 |
| 4 | | Facsimile: (650) 849-6666 |

901 New York Avenue, NW
Washington, DC  20001
Telephone:  (202) 408-4000
Facsimile:  (202) 408-4400

By:   /s/ Steven H. Morrissett
     Steven H. Morrissett (CSB No. 073424)

Attorneys for Defendant/Counterplaintiff
D-Link Systems, Inc. (Case No. Cv-03-2177-VRW)

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Elizabeth H. Rader, and Steven H. Morrissett.

Dated: March 8, 2006

SIMPSON THACHER & BARTLETT LLP

By:   /s/ Henry B. Gutman
     Henry B. Gutman (admitted *pro hac vice*)

Attorneys for Plaintiff/Counterdefendant
3Com Corporation

[~~PROPOSED~~] ORDER

IT IS SO ORDERED.

Dated:  March 10    , 2006

_____
Vaughn R. Walker
Chief United States District Judge

[STAMP: GRANTED — Judge Vaughn R Walker — UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

3

STIPULATION AND [PROPOSED] ORDER
AMENDING CLAIM CONSTRUCTION SCHEDULE

Case No. Cv-03-2177-VRW