[Counsel listed on last page]

1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO DIVISION

| | |
|---|---|
| 11   3COM CORPORATION,             ) | Case No. Cv-03-2177-VRW |
| 12          Plaintiff/Counterdefendant, ) | Case No. Cv-05-00098-VRW |
| 13     v.                 ) | **STIPULATION AND [~~PROPOSED~~]** |

WHEREAS lines:

11 3COM CORPORATION,                    )      Case No. Cv-03-2177-VRW
                                        )      Case No. Cv-05-00098-VRW
12         Plaintiff/Counterdefendant,  )
                                        )      **STIPULATION AND [~~PROPOSED~~]**
13     v.                               )      **ORDER REGARDING JOINT**
                                        )      **MISCELLANEOUS ADMINISTRATIVE**
14 D-LINK SYSTEMS INC.,                 )      **REQUEST FOR LEAVE TO PERMIT**
                                        )      **DELIVERY AND USE OF ELECTRONIC**
15     and                             )      **EQUIPMENT PURSUANT**
                                        )      **TO CIV. L.R. 7-10(B)**
16 REALTEK SEMICONDUCTOR               )
   CORPORATION                          )
17                                      )      Date:    April 14, 2006
                                        )      Time:    9:30 a.m.
18         Defendants/Counterplaintiffs.)      Judge:   Hon. Vaughn R. Walker
   _____ )
19 3COM CORPORATION,                    )
                                        )
20         Plaintiff/Counterdefendant,  )
                                        )
21     v.                               )
                                        )
22 D-LINK SYSTEMS INC.,                 )
                                        )
23         Defendant/Counterplaintiff.  )
   _____ )
24

25      WHEREAS, Plaintiff/Counterdefendant 3COM Corporation ("3COM") and

26 Defendants/Counterplaintiff D-Link Systems Inc. ("D-Link") and Realtek Semiconductor

27 Corporation ("Realtek") wish to refer to and project demonstrative exhibits during the course of

28

STIP. AND [PROPOSED] ORDER REGARDING JOINT MISC.
ADMINISTRATIVE REQUEST FOR LEAVE TO PERMIT DELIVERY AND
USE OF ELECTRONIC EQUIP. AT CLAIM CONSTRUCTION HEARING

1  their oral arguments at the upcoming April 14, 2006, Claim Construction Hearing in the above

2  captioned case;

3       The parties have agreed to the following stipulation:

4       3Com, D-Link and Realtek will have delivered on April 13, 2006 at 3:00 p.m., for use

5  during oral argument at the Claim Construction hearing, the following equipment:  laptop

6  computers (which may be delivered at the date and time specified in this paragraph or brought by

7  the parties' counsel at the time of the hearing), projector, screens, ELMO Video Document

8  Presenter and any required cables and connectors.

9

10  Respectfully Submitted,

11  Dated: April 10, 2006                                     SIMPSON THACHER & BARTLETT LLP
3330 Hillview Avenue

12  Palo Alto, CA  94304
Telephone:  (650) 251-5000

13  Facsimile:  (650) 251-5002

14  425 Lexington Avenue
New York, NY  10017

15  Telephone:  (212) 455-2000
Facsimile:  (212) 455-2502

16

17  By:   /s/

18  Henry B. Gutman (admitted *pro hac vice*)

19  Attorneys for Plaintiff/Counterdefendant
3Com Corporation

20

21  Dated: April 10, 2006                                     AKIN GUMP STRAUSS HAUER & FELD LLP
1950 University Avenue, Suite 505

22  East Palo Alto, CA  94303
Telephone:  (415) 795-9500
Facsimile:  (415) 765-9502

23

24  By:   /s/
Elizabeth H. Rader (CSB No. 184963)

25  Attorneys for Defendant/Counterplaintiff

26  Realtek Semiconductor Corp.

27

28

STIP. AND [PROPOSED] ORDER REGARDING JOINT MISC.
ADMINISTRATIVE REQUEST FOR LEAVE TO PERMIT DELIVERY AND
USE OF ELECTRONIC EQUIP. AT CLAIM CONSTRUCTION HEARING

Dated: April 10, 2006

FISH & RICHARDSON P.C.
500 Arguello St., Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

By:  /s/
David M. Barkan (CSB No. 160825)

Attorneys for Defendant/Counterplaintiff
D-Link Systems, Inc.

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Elizabeth H. Rader, and David M. Barkan.

Dated: April 10, 2006

SIMPSON THACHER & BARTLETT LLP

By:  /s/
Henry B. Gutman (admitted *pro hac vice*)

Attorneys for Plaintiff/Counterdefendant
3Com Corporation

STIP. AND [PROPOSED] ORDER REGARDING JOINT MISC. ADMINISTRATIVE REQUEST FOR LEAVE TO PERMIT DELIVERY AND USE OF ELECTRONIC EQUIP. AT CLAIM CONSTRUCTION HEARING

1    **ORDER**

2        This Court has considered the parties' administrative request. All parties are allowed to

3    deliver on April 13, 2006, at 3:00 p.m., their required equipment for use during the Claim

4    Construction Hearing in the above captioned case on April 14, 2006, and are hereby permitted to

5    have such equipment set up in the Courtroom at such time.  Laptop computers to be used during

6    the Claim Construction Hearing may be delivered at the above-noted time or may be brought by

7    the parties' counsel at the time of the hearing.

8        **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

9

10   Dated: _____April 11_____, 2006    _____

11                                            Vaughn R.
                                             United Sta

12                                           *IT IS SO ORDERED*

                                             *Judge Vaughn R Walker*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    STIP. AND [PROPOSED] ORDER REGARDING JOINT MISC.
                                    ADMINISTRATIVE REQUEST FOR LEAVE TO PERMIT DELIVERY AND
                                    USE OF ELECTRONIC EQUIP. AT CLAIM CONSTRUCTION HEARING