1  Jeffrey E. Ostrow (State Bar No. 213118)
   Email: jostrow@stblaw.com
2  SIMPSON THACHER & BARTLETT LLP
   2550 Hanover Street
3  Palo Alto, California 94304
   Telephone: (650) 251-5000
4  Facsimile: (650) 251-5002

5  Attorneys for Plaintiff/Counterdefendant
   3COM CORPORATION

6  Steven H. Morrissett (State Bar No. 073424)
   Email: morrissett@finnegan.com
7  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
8  3300 Hillview Avenue
   Palo Alto, California 94304-1203
9  Telephone:   (650) 849-6600
   Facsimile:   (650) 849-6666
10
   Attorneys for Defendant/Counterplaintiff
11 D-LINK SYSTEMS, INC.

12 [ADDITIONAL COUNSEL ON PAGE 2]

13                UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15                  SAN FRANCISCO DIVISION

16 | 3COM CORPORATION,                    | CASE NO. C 03-2177 VRW
17 |         Plaintiff/Counterdefendant,  | [~~PROPOSED~~] ORDER OF DISMISSAL
18 | v.
19 | D-LINK SYSTEMS INC.,
20 |         and
21 | REALTEK SEMICONDUCTOR CORP.
22 |         Defendants/Counterplaintiffs.

1  **[~~PROPOSED~~] ORDER**

2  Pursuant to Fed. R. Civ. P. Rule 41(a)(2), this Court, having found good cause, enters the
3  following dismissal and order:
4      1.    Plaintiff 3Com Corporation's claims against D-Link Systems, Inc. in Case No. C 03-
5  2177 VRW are dismissed.
6      2.    Defendant D-Link Systems, Inc.'s counterclaims against 3Com Corporation in Case
7  No. C 03-2177 VRW are dismissed.
8      3.    Each party shall bear its own attorneys' fees and costs.
9  IT IS SO ORDERED.

10
11  Dated: _____June 21, 2006_____

                                          Vaughn R. Walker
12                                        UNITED STATES DISTRICT JUDGE

|   |   |
|---|---|
| 1 | Henry B. Gutman (*Pro hac vice*) |
|   | Email: hgutman@stblaw.com |
| 2 | SIMPSON THACHER & BARTLETT LLP |
|   | 425 Lexington Avenue |
| 3 | New York, New York 10017 |
|   | Telephone: (212) 455-2000 |
|   | Facsimile: (212) 455-2502 |
| 4 |   |
| 5 | Attorneys for Plaintiff/Counterdefendant |
|   | 3COM CORPORATION |
| 6 | E. Robert Yoches, (*Pro hac vice*) |
|   | Email: bob.yoches@finnegan.com |
| 7 | Timothy J. May (*Pro hac vice*) |
|   | timothy.may@finnegan.com |
| 8 | Elizabeth A Niemeyer, (*Pro hac vice*) |
|   | Email: elizabeth.niemeyer@finnegan.com |
| 9 | FINNEGAN, HENDERSON, FARABOW, |
|   |   GARRETT & DUNNER, L.L.P. |
| 10 | 901 New York Avenue, NW |
|   | Washington, DC 20001 |
| 11 | Telephone:    (202) 408-4000 |
|   | Facsimile:    (202) 408-4400 |
| 12 |   |
| 13 | Attorneys for Defendant/Counterplaintiff |
|   | D-LINK SYSTEMS, INC. |

(Simplified representation — original is a pleading-paper line-numbered page.)

Henry B. Gutman (*Pro hac vice*)
Email: hgutman@stblaw.com
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

Attorneys for Plaintiff/Counterdefendant

3COM CORPORATION

E. Robert Yoches, (*Pro hac vice*)
Email: bob.yoches@finnegan.com
Timothy J. May (*Pro hac vice*)
timothy.may@finnegan.com
Elizabeth A Niemeyer, (*Pro hac vice*)
Email: elizabeth.niemeyer@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
901 New York Avenue, NW
Washington, DC 20001
Telephone:    (202) 408-4000
Facsimile:    (202) 408-4400

Attorneys for Defendant/Counterplaintiff

D-LINK SYSTEMS, INC.