AKIN GUMP STRAUSS HAUER & FELD, LLP
YITAI HU (SBN 248085) (yhu@akingump.com)
ELIZABETH H. RADER (SBN 184963) (erader@akingump.com)
MING-TAO YANG (SBN 221295) (myang@akingump.com)
580 California Street, Suite 1500
San Francisco, CA 94104-1036
Telephone:      (415) 765-9500
Facsimile:       (415) 765-9501
Email:              erader@akingump.com

Attorneys for Defendant
REALTEK SEMICONDUCTOR CORPORATION

Jeffrey E. Ostrow (CSB No. 213118)
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, California 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

Henry B. Gutman (*pro hac vice*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

Attorneys for Plaintiff/Counterdefendant
3COM CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| 3COM CORPORATION,<br><br>             Plaintiff,<br><br>   v.<br><br>REALTEK SEMICONDUCTOR CORPORATION<br><br>             Defendant. | Case No. Cv-03-2177-VRW<br><br>**STIPULATION EXTENDING DATE FOR REALTEK TO FILE MOTION FOR SUMMARY JUDGMENT RE '625 PATENT**<br><br>Date:     April 5, 2007<br>Time:    2:00 pm<br>Judge:   Vaughn R. Walker<br>Courtroom: 6, 17th Floor |

1    WHEREAS,

2    1.   Realtek's Motion for Summary Judgment of Noninfringement of 3Com's U.S.
3    Patent No. 6,327,625 ("'625 patent") is due to be filed on March 1, 2007, pursuant to the
4    agreement reached during the February 6, 2007 Case Management Conference; and

5    2.   The parties are discussing a potential resolution of the issue to be presented in the
6    motion, on grounds that 3Com believes are substantively unrelated to those at issue in 3Com's
7    Motion for Reconsideration due to be filed on March 1, 2007, in Case No. Cv-5-00098-VRW; and

8    3.   If the parties are able to reach a successful resolution of the issue to be presented in
9    Realtek's Motion for Summary Judgment, that motion will be unnecessary and moot,

10   NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE and respectfully request
11   the Court to order as FOLLOWS:

12   1.   Realtek shall file its motion for summary judgment of noninfringement relating to
13   3Com's '625 patent no later than March 15, 2007, all other briefing to follow the schedule set out
14   for motions in this Court's local rules.

Dated:  February 28, 2007

SIMPSON THACHER & BARTLETT LLP

By:       /s
    Kerry L. Konrad
    (*pro hac vice*)
Attorneys for Plaintiff/Counterdefendant
3COM CORPORATION

AKIN GUMP STRAUSS HAUER & FELD LLP

By:       /s
    Elizabeth H. Rader, Esq.
    (State Bar No. 184963)
Attorneys for Defendant/Counterplaintiff
REALTEK SEMICONDUCTOR CORP.

1    Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under
2 penalty of perjury that concurrence in the filing of this document has been obtained from Kerry L.
3 Konrad.
4 Dated: February 28, 2007

AKIN GUMP STRAUSS HAUER & FELD LLP

By:  _____/s_____
    Elizabeth H. Rader, Esq.
    (State Bar No. 184963)
Attorneys for Defendant/Counterplaintiff
REALTEK SEMICONDUCTOR CORP.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: _____March 5_____, 2007

*GRANTED — Judge Vaughn R Walker*
*UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA*

3