1  AKIN GUMP STRAUSS HAUER & FELD, LLP
   YITAI HU (SBN 248085) (yhu@akingump.com)
2  ELIZABETH H. RADER (SBN 184963) (erader@akingump.com)
   MING-TAO YANG (SBN 221295) (myang@akingump.com)
3  580 California Street, Suite 1500
   San Francisco, CA  94104-1036
4  Telephone:     (415) 765-9500
   Facsimile:     (415) 765-9501
5  Email:         erader@akingump.com

6  Attorneys for Defendant
   REALTEK SEMICONDUCTOR CORPORATION
7

8  Jeffrey E. Ostrow (CSB No. 213118)
   SIMPSON THACHER & BARTLETT LLP
9  2550 Hanover Street
   Palo Alto, California 94304
10 Telephone: (650) 251-5000
   Facsimile: (650) 251-5002

11 Henry B. Gutman (*pro hac vice*)
   SIMPSON THACHER & BARTLETT LLP
12 425 Lexington Avenue
   New York, New York 10017
13 Telephone: (212) 455-2000
   Facsimile: (212) 455-2502
14

15 Attorneys for Plaintiff/Counterdefendant
   3COM CORPORATION
16
                   UNITED STATES DISTRICT COURT
17
                  NORTHERN DISTRICT OF CALIFORNIA
18
                      SAN FRANCISCO DIVISION
19

20 3COM CORPORATION,                    Case No. Cv-03-2177-VRW

21         Plaintiff,                   **STIPULATION EXTENDING DATE FOR REALTEK TO FILE MOTION FOR SUMMARY JUDGMENT RE '625 PATENT**
       v.
22
                                        Date:      April 5, 2007
23 REALTEK SEMICONDUCTOR                Time:      2:00 pm
   CORPORATION                          Judge:     Vaughn R. Walker
24                                      Courtroom: 6, 17th Floor
           Defendant.
25

26

27

28

6055385                                 1
STIPULATION EXTENDING DATE FOR REALTEK TO FILE
MOTION FOR SUMMARY JUDGMENT RE '625 PATENT                Case No. CV-03-2177 VRW

1   WHEREAS,

2   1.   Realtek's Motion for Summary Judgment of Noninfringement of 3Com's U.S. Patent No. 6,327,625 ("'625 patent") is due to be filed on March 15, 2007, pursuant to a stipulation filed on February 28, 2007; and

2.   The parties are still actively discussing a potential resolution of the issue to be presented in the motion, on grounds that 3Com believes are substantively unrelated to those at issue in 3Com's Motion for Reconsideration in Case No. Cv-5-00098-VRW; and

3.   If the parties are able to reach a successful resolution of the issue to be presented in Realtek's Motion for Summary Judgment, that motion will be unnecessary and moot,

NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE and respectfully request the Court to order as FOLLOWS:

1.   Realtek shall file its motion for summary judgment of noninfringement relating to 3Com's '625 patent no later than March 22, 2007, all other briefing to follow the schedule set out for motions in this Court's local rules.

Dated: March 15, 2007

SIMPSON THACHER & BARTLETT LLP

By: _____/s/_____
Kerry L. Konrad
(*pro hac vice*)
Attorneys for Plaintiff/Counterdefendant
3COM CORPORATION

AKIN GUMP STRAUSS HAUER & FELD LLP

By: _____/s/_____
Elizabeth H. Rader, Esq.
(State Bar No. 184963)
Attorneys for Defendant/Counterplaintiff
REALTEK SEMICONDUCTOR CORP.

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2  Dated: __March 20_____, 2007

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signed Judge Vaughn R Walker]*

6055385
STIPULATION EXTENDING DATE FOR REALTEK TO FILE
MOTION FOR SUMMARY JUDGMENT RE '625 PATENT

3

Case No. CV-03-2177 VRW