1  [All counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| 3COM CORPORATION,<br><br>    Plaintiff/Counterdefendant,<br><br>    v.<br><br>D-LINK SYSTEMS INC.,<br><br>    and<br><br>REALTEK SEMICONDUCTOR CORPORATION<br><br>    Defendants/Counterplaintiffs. | Case No. Cv-03-02177-VRW |
| 3COM CORPORATION,<br><br>    Plaintiff/Counterdefendant,<br><br>    v.<br><br>D-LINK SYSTEMS INC.,<br><br>    Defendant/Counterplaintiff. | Case No. Cv-05-00098-VRW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING TIMING OF DISCOVERY PURSUANT TO PATENT L.R. 3-8** |

WHEREAS, pursuant to a Case Management Conference held in these matters, the parties have agreed to meet-and-confer regarding the timing of Defendants' submissions under Patent Local Rule 3-8, and, if no agreement during such meeting could be reached, submit proposals regarding such timing to the Court by April 2, 2007, and

WHEREAS, the parties respectfully request that the court defer consideration of D-Link's Proposal Regarding Timing of Discovery Pursuant to Patent L.R. 3-8, filed April 2, 2007, unless and until an agreement among the parties cannot be reached,

NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE and respectfully request the Court to order as follows:

1. The parties shall meet-and-confer during the week beginning April 9, 2007, at a mutually convenient time, to resolve the issue of timing of discovery under Patent L.R. 3-8;

2. If the parties cannot agree on this issue, the parties shall submit to the Court proposals regarding this issue by April 17, 2007; and

3. Defendants shall be given a reasonable amount of time, not less than ten days, after any decision by the Court on the issues herein to comply with Patent L.R. 3-8, such amount of time to be determined by the Court.

Dated: April 3, 2007

SIMPSON THACHER & BARTLETT LLP

Jeffrey E. Ostrow (CSB No. 213118)
2550 Hanover Street
Palo Alto, California 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002
E-mail: jostrow@stblaw.com

Henry B. Gutman (admitted *pro hac vice*)
Kerry L. Konrad (admitted *pro hac vice*)
Victor Cole (admitted *pro hac vice*)
425 Lexington Avenue
New York, New York 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
E-mail: hgutman@stblaw.com

By: /s/ Kerry L. Konrad
  Kerry L. Konrad
  (*pro hac vice*)
Attorneys for Plaintiff/Counterdefendant
3COM CORPORATION

AKIN GUMP STRAUSS HAUER & FELD LLP

YITAI HU (CSB No. 248085)
ELIZABETH H. RADER (CSB No. 184963)
SEAN P. DEBRUINE (CSB No. 168071)
MING-TAO YANG (CSB No. 221295)
2 Palo Alto Square, Suite 400
Palo Alto, CA 94306
Telephone:(415) 765-9500
Facsimile: (415) 765-9501
Email:erader@akingump.com

By: /s/Elizabeth H. Rader
    Elizabeth H. Rader
    (CSB No. 184963)
Attorneys for Defendant/Counterplaintiff
REALTEK SEMICONDUCTOR CORP.

FISH & RICHARDSON P.C.
David M. Barkan (CSB No. 160825)
500 Arguello St., Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071
Email: barkan@fr.com

Joseph V. Colaianni (Admitted pro hac vice)
Ralph A. Phillips (Admitted pro hac vice)
1425 K Street, N.W., Suite 1100
Washington D.C., 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

By: /s/David M. Barkan
    David M. Barkan
    (State Bar No. 160825)
Attorneys for Defendant/Counterplaintiff
D-LINK SYSTEMS, INC.

3
STIPULATION AND [PROPOSED] ORDER
REGARDING TIMING OF DISCOVERY PURSUANT TO PATENT L.R. 3-8
Case No. Cv-05-00098-VRW
Case No. Cv-03-02177-VRW

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from David M. Barkan and Elizabeth H. Rader.

        SIMPSON THACHER & BARTLETT LLP

        By: /s/ Kerry L. Konrad
            Kerry L. Konrad
            (*pro hac vice*)
        Attorneys for Plaintiff/Counterdefendant
        3COM CORPORATION

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __April 6__, 2007



Honorable Vaughn R Walker
United States District Judge

4

STIPULATION AND [PROPOSED] ORDER
REGARDING TIMING OF DISCOVERY PURSUANT TO PATENT L.R. 3-8
Case No. Cv-05-00098-VRW
Case No. Cv-03-02177-VRW