AKIN GUMP STRAUSS HAUER & FELD, LLP
YITAI HU (SBN 248085) (yhu@akingump.com)
ELIZABETH H. RADER (SBN 184963) (erader@akingump.com)
MING-TAO YANG (SBN 221295) (myang@akingump.com)
580 California Street, Suite 1500
San Francisco, CA  94104-1036
Telephone:	(415) 765-9500
Facsimile:	(415) 765-9501
Email:		erader@akingump.com

Attorneys for Defendant
REALTEK SEMICONDUCTOR CORPORATION

Jeffrey E. Ostrow (CSB No. 213118)
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, California 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

Henry B. Gutman (*pro hac vice*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

Attorneys for Plaintiff/Counterdefendant
3COM CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| 3COM CORPORATION,<br><br>            Plaintiff,<br><br>    v.<br><br>REALTEK SEMICONDUCTOR CORPORATION<br><br>            Defendant. | Case No. Cv-03-2177-VRW<br><br>**STIPULATION and ~~PROPOSED~~ ORDER AMENDING SCHEDULE** |

WHEREAS,

1.	Pursuant to the current schedule established during the February 6, 2007 Case Management Conference, Expert reports on subjects for which the party bears the burden of proof

1  are due on June 25, 2007, Rebuttal experts are due on July 25, 2007 and expert discovery closes
2  on September 13, 2007.
3      2.    Realtek has produced documents including driver code, source code, technical and
4  financial documents and is continuing to produce responsive e-mails on a rolling basis to be
5  completed June 30, 2007.  The parties anticipate further depositions of Realtek taking place in
6  Palo Alto, California on or about the week beginning July 30, 2007.
7      3.    Accordingly, both parties agree there is a need for additional time for both parties
8  to prepare their respective expert reports.  No change in the last date for dispositive motions or the
9  date of the pre-trial conference would be necessitated by extending the due dates for expert reports
10 and the last date to complete expert depositions.
11     NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE and respectfully request
12 the Court to order as FOLLOWS:
13     1.    The parties will exchange expert reports on August 10, 2007
14     2.    The parties will exchange rebuttal reports on September 14, 2007.
15     3.    All expert depositions to be completed by November 1, 2007

Dated:  June 18, 2007

SIMPSON THACHER & BARTLETT LLP

By:     /s/
    Kerry L. Konrad
    (*pro hac vice*)
Attorneys for Plaintiff/Counterdefendant
3COM CORPORATION

AKIN GUMP STRAUSS HAUER & FELD LLP

By:     /s/
    Elizabeth H. Rader
    (State Bar No. 184963)
Attorneys for Defendant/Counterplaintiff
REALTEK SEMICONDUCTOR CORP.

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Kerry L. Konrad.

Dated: June 18, 2007

          AKIN GUMP STRAUSS HAUER & FELD LLP

          By: _____/s_____
              Elizabeth H. Rader, Esq.
              (State Bar No. 184963)
          Attorneys for Defendant/Counterplaintiff
          REALTEK SEMICONDUCTOR CORP.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____June 22_____, 2007

*IT IS SO ORDERED*
*Judge Vaughn R Walker*
(United States District Court, Northern District of California seal)