Jeffrey E. Ostrow (CSB No. 213118)
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, California 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002
E-mail: jostrow@stblaw.com

Henry B. Gutman (admitted *pro hac vice*)
Kerry L. Konrad (admitted *pro hac vice*)
Victor Cole (admitted *pro hac vice*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
E-mail: hgutman@stblaw.com

Attorneys for Plaintiff/Counterdefendant
3COM CORPORATION

AKIN GUMP STRAUSS HAUER & FELD LLP
YITAI HU (admitted *pro hac vice*)
ELIZABETH H. RADER (CSB No. 184963)
SEAN P. DEBRUINE (CSB No. 168071)
MING-TAO YANG (CSB No. 221295)
1950 University Avenue, Suite 505
East Palo Alto, CA 94303
Telephone: (415) 795-9500
Facsimile: (415)765-9501
E-mail:erader@akingump.com

Attorneys for Defendant/Counterplaintiff
REALTEK SEMICONDUCTOR CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| 3COM CORPORATION,<br><br>  Plaintiff/Counterdefendant,<br><br>  v.<br><br>D-LINK SYSTEMS INC.,<br><br>  and<br><br>REALTEK SEMICONDUCTOR CORPORATION,<br><br>  Defendants/Counterplaintiffs. | Case No. C 03-02177 VRW<br><br>**STIPULATION AND [PROPOSED]<br>ORDER AMENDING SCHEDULE** |

1  WHEREAS, the parties agreed to a comprehensive pre-trial schedule during the February 6,
2  2007 Case Management Conference, but that schedule has not been entered in this action;

3  WHEREAS, as directed by the Court in its Order of March 27, 2007, and in response to
4  3Com's additional discovery requests served in April 2007, Realtek has produced documents
5  including driver code, source code, and technical and financial documents, and has more recently
6  produced a large quantity of emails that, pursuant to the parties' agreement, 3Com is in the process
7  of reviewing in their native format;

8  WHEREAS, both parties agree that under the circumstances there is a need for additional
9  time for both parties to complete fact and expert discovery;

10  WHEREAS, both parties have agreed to an extension of the current schedule which will
11  not require a modification of the hearing date on dispositive motions or of the date of trial; and

12  NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE and respectfully request
13  the Court to order as follows:

14  1.  The parties jointly propose the following schedule:

- August 20–24, 2007 – Continued deposition of Realtek 30(b)(6) witnesses
- September 14, 2007 – Expert reports on subjects for which the party bears the burden of proof due
- September 24, 2007 – Close of fact discovery
- October 12, 2007 – Rebuttal expert reports due
- October 18, 2007 – Last day for parties to file dispositive motions
- November 1, 2007 – Close of expert discovery
- November 9, 2007 – Last day for parties to file oppositions to dispositive motions
- November 20, 2007 – Last day for parties to file replies to dispositive motions
- November 29, 2007 – Proposed hearing date for dispositive motions, subject to the Court's availability
- December 11, 2007 – Last day to meet and confer re: Joint Pretrial Statement
- December 21, 2007 – Parties to file Joint Pretrial Statement
- January 8, 2008 – Pretrial Conference

2

STIPULATION AND [PROPOSED]
ORDER AMENDING SCHEDULE
CASE NO. C 03-02177 VRW

- February 25, 2008 – Start of trial; scheduled for 5 trial days

Dated: July 31, 2007                         SIMPSON THACHER & BARTLETT LLP

                                             By:  /s/
                                                  Kerry L. Konrad (*pro hac vice*)

                                             Attorneys for Plaintiff/Counterdefendant
                                             3COM CORPORATION

Dated: July 31, 2007                         AKIN GUMP STRAUSS HAUER & FELD LLP

                                             By:  /s/
                                                  Elizabeth H. Rader

                                             Attorneys for Defendant/Counterplaintiff
                                             REALTEK SEMICONDUCTOR CORP.

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Elizabeth H. Rader.

Dated: July 31, 2007                         SIMPSON THACHER & BARTLETT LLP

                                             By:  /s/
                                                  Kerry L. Konrad (*pro hac vice*)

                                             Attorneys for Plaintiff
                                             3COM CORPORATION

1 **ORDER**

2     IT IS SO ORDERED.

3 Dated: _____Aug 1_, 2007

5 _____
Honorable Vaughn R. Walker
United States District Judge



4