Jeffrey E. Ostrow (CSB No. 213118)
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, California 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002
E-mail: jostrow@stblaw.com

Henry B. Gutman (admitted *pro hac vice*)
Kerry L. Konrad (admitted *pro hac vice*)
Victor Cole (admitted *pro hac vice*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
E-mail: hgutman@stblaw.com

Attorneys for Plaintiff/Counterdefendant
3COM CORPORATION

AKIN GUMP STRAUSS HAUER & FELD LLP
YITAI HU (admitted pro hac vice)
ELIZABETH H. RADER (CSB No. 184963)
SEAN P. DEBRUINE (CSB No. 168071)
MING-TAO YANG (CSB No. 221295)
1950 University Avenue, Suite 505
East Palo Alto, CA 94303
Telephone: (415) 795-9500
Facsimile: (415) 765-9501
E-mail: erader@akingump.com

Attorneys for Defendant/Counterplaintiff
REALTEK SEMICONDUCTOR CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| 3COM CORPORATION,<br><br>　　　　Plaintiff/Counterdefendant,<br><br>　　　　v.<br><br>D-LINK SYSTEMS INC.,<br>　　and<br>REALTEK SEMICONDUCTOR CORPORATION,<br><br>　　　　Defendants/Counterplaintiffs. | Case No. C 03-02177 VRW<br><br>**STIPULATION AND [PROPOSED] ORDER AMENDING SCHEDULE** |

1  WHEREAS, the Court entered a comprehensive pre-trial schedule in this action on
2  August 1, 2007, in accordance with the parties' prior agreement;

3  WHEREAS, by Order dated September 14, 2007, the Court entered an Order
4  revising that schedule in certain respects, including the rescheduling of the hearing on dispositive
5  motions to December 20, 2007; and

6  WHEREAS, the parties have agreed to an extension of certain other dates in the
7  current schedule, which will not require a modification of the hearing date on dispositive motions
8  or of the date of trial;

9  NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE and
10 respectfully request the Court to order that the pre-trial schedule in this action be amended as
11 follows:

- October 19, 2007 – Expert reports due on subjects for which the party does not bear the burden of proof (rebuttal experts)
- November 9, 2007 – Close of expert discovery
- November 16, 2007 – Last day for parties to file dispositive motions
- November 30, 2007 – Last day for parties to file oppositions to dispositive motions
- December 10, 2007 – Last day for parties to file replies to dispositive motions

Dated: October 10, 2007      SIMPSON THACHER & BARTLETT LLP

By: _____/s/_____
Kerry L. Konrad (*pro hac vice*)

Attorneys for Plaintiff/Counterdefendant
3COM CORPORATION

Dated: October 10, 2007      AKIN GUMP STRAUSS HAUER & FELD LLP

By: _____/s/_____
Elizabeth H. Rader

Attorneys for Defendant/Counterplaintiff
REALTEK SEMICONDUCTOR CORP.

    Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Elizabeth H. Rader.

Dated: October 10, 2007      SIMPSON THACHER & BARTLETT LLP

By: _____/s/_____
Kerry L. Konrad (*pro hac vice*)

Attorneys for Plaintiff
3COM CORPORATION

**ORDER**

IT IS SO ORDERED.

Dated: __Oct 12__, 2007

_____
Vaughn R. Walker
United States District Judge

*IT IS SO ORDERED — Judge Vaughn R Walker (signed)*