IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

3COM CORP,                                              No   C-03-2177 VRW

    Plaintiff,                                     ORDER

    v

D-LINK SYSTEMS, INC,

    and

REALTEK SEMICONDUCTOR CORP,

    Defendants
_____/

    The court has received a letter dated November 27, 2007 from counsel for Realtek which "moves to to amend [Realtek's] responses to 3Com's Requests for Admission ("RFAs")." According to this letter, Realtek has already amended certain of its responses.

    It is unclear to the court that a motion is necessary under these circumstances. The leave to file the requested motion is therefore DENIED.

    IT IS SO ORDERED.

                                                /s/ Vaughn R Walker

                                          VAUGHN R WALKER
                                          United States District Chief Judge