IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

3COM CORP,                                        No   C-03-2177 VRW

    Plaintiff,                                ORDER

    v

REALTEK SEMICONDUCTOR CORP,

    Defendant
_____/

    The court has received a letter dated November 27, 2007 from counsel for Realtek which "moves to amend [Realtek's] responses to 3Com's Requests for Admission ("RFAs")." Upon initial consideration, it was unclear to the court that a motion was necessary as Realtek had already amended certain of its responses, and the court denied leave. Doc #520. After learning that 3Com intends to bind Realtek to its unamended responses, however, it appears that a motion is necessary under FRCP 36(b).

    Realtek is GRANTED leave to file the requested motion.

    IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge