UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTE ORDER**

**VAUGHN R. WALKER**
United States District Chief Judge

**DATE:** January 24, 2008

**COURTROOM DEPUTY:** Cora Klein  **Court Reporter:** Lydia Zinn

**CASE NO.** C 03-2177 VRW

**TITLE:** 3COM CORPORATION  v.  REALTEK SEMICONDUCTOR CORP

| **COUNSEL FOR PLAINTIFF:** | **COUNSEL FOR DEFENDANT:** |
|---|---|
| Henry Gutman, Kerry Konrad | Sean De Bruine, Elizabeth Rader |
| Victor Cole | Ming-Tao Yang, Chad Stegeman |

**PROCEEDINGS:**
1. Cross Motions for Summary Judgment of patents infringement
2. Cross Motions for Summary Judgment of patents invalidity
3. 3Com's Motion for Summary Judgment on Realtek's Counterclaims
4. Realtek's Motion for PSJ Limiting Damages for Failure to Give Notice

**RESULTS:**   The Court heard argument from counsel.
The Court took the matter(s) under-submission.
Court to issue written ruling.
Realtek's Motion To Amend Responses to 3Com's Requests for Admission - granted
The pretrial conference and trial dates remains as previously set.