UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3COM CORPORATION,<br><br>    Plaintiff(s),<br><br>    v.<br><br>REALTEK SEMICONDUCTOR CORP.,<br><br>    Defendant(s),<br>_____/ | Case No. C 03-2177 VRW<br><br>**ORDER DIRECTING JURY COMMISSIONER TO FURNISH DAILY REFRESHMENTS** |

    IT IS HEREBY ORDERED that the United States District Court Jury Commissioner shall furnish daily refreshments for the members of the jury in the above-entitled matter at the expense of the United States effective **March 24, 2008 through the completion of the trial.**

Dated: <u>March 19, 2008</u>

                                                VAUGHN R WALKER<br>
                                                United States District Chief Judge