IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3COM CORP, | No   C 03-2177 VRW |
|     Plaintiff, | RESPONSE TO JURY QUESTION NO 1 |
|     v | |
| REALTEK SEMICONDUCTOR CORP, | |
|     Defendant. | |

In response to jury question number 1, "Please confirm the first Realtek Group 3 product sold (date)," the parties agree that, as noted on Exhibit S-08, Realtek Group III product sales commenced June 26, 2002.

VAUGHN R WALKER
United States District Chief Judge