FILED

APR - 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3COM CORP, | No   C 03-2177 VRW |
| Plaintiff, | VERDICT FORM |
| v | |
| REALTEK SEMICONDUCTOR CORP, | |
| Defendant. | |

VERDICT FORM

1. Do you find that it is more likely than not that Realtek literally infringed the following patent claims?

    Patent 5,434,872, Claim 10:    _X_ Yes    ____ No

    Patent 5,732,094, Claim 47:    _X_ Yes    ____ No

    Patent 6,570,884, Claim 1:    _X_ Yes    ____ No

2. Do you find that it is more likely than not that Realtek infringed the following patent claims under the doctrine of equivalents?

    Patent 5,434,872, Claim 10:    ____ Yes    _X_ No

    Patent 5,732,094, Claim 47:    ____ Yes    _X_ No

    Patent 6,570,884, Claim 1:    ____ Yes    _X_ No

3. Do you find that it is more likely than not that Realtek induced infringement by another of the following patent claims?

    Patent 5,307,459, Claim 1:    _X_ Yes    ____ No

    Patent 5,434,872, Claim 10:    _X_ Yes    ____ No

    Patent 5,434,872, Claim 21:    _X_ Yes    ____ No

    Patent 5,732,094, Claim 28:    _X_ Yes    ____ No

    Patent 5,732,094, Claim 47:    _X_ Yes    ____ No

    Patent 6,570,884, Claim 1:    _X_ Yes    ____ No

4. Do you find that it is highly probable that Realtek willfully infringed the following patent claims?

Patent 5,307,459, Claim 1:   __X__ Yes  ____ No
Patent 5,434,872, Claim 10:  __X__ Yes  ____ No
Patent 5,434,872, Claim 21:  __X__ Yes  ____ No
Patent 5,732,094, Claim 28:  __X__ Yes  ____ No
Patent 5,732,094, Claim 47:  __X__ Yes  ____ No

5. Do you find that it is highly probable that the following patent claims are invalid due to anticipation?

Patent 5,307,459, Claim 1:   ____ Yes  __X__ No
Patent 5,434,872, Claim 10:  ____ Yes  __X__ No
Patent 5,434,872, Claim 21:  ____ Yes  __X__ No
Patent 5,732,094, Claim 28:  ____ Yes  __X__ No
Patent 5,732,094, Claim 47:  ____ Yes  __X__ No
Patent 6,570,884, Claim 1:   ____ Yes  __X__ No

6. Do you find that it is highly probable that the following patent claims are invalid due to the statutory bar?

| | | |
|---|---|---|
| Patent 5,307,459, Claim 1: | ____Yes | __X__No |
| Patent 5,434,872, Claim 10: | ____Yes | __X__No |
| Patent 5,434,872, Claim 21: | ____Yes | __X__No |
| Patent 5,732,094, Claim 28: | ____Yes | __X__No |
| Patent 5,732,094, Claim 47: | ____Yes | __X__No |
| Patent 6,570,884, Claim 1: | ____Yes | __X__No |

7. Do you find that it is highly probable that the following patent claims are invalid due to obviousness?

| | | |
|---|---|---|
| Patent 5,307,459, Claim 1: | ____Yes | __X__No |
| Patent 5,434,872, Claim 10: | ____Yes | __X__No |
| Patent 5,434,872, Claim 21: | ____Yes | __X__No |
| Patent 5,732,094, Claim 28: | ____Yes | __X__No |
| Patent 5,732,094, Claim 47: | ____Yes | __X__No |
| Patent 6,570,884, Claim 1: | ____Yes | __X__No |

4

8.  If you find that:

    (a) Patent 5,307,459, Claim 1, Patent 5,434,872, Claim 21 and/or Patent 5,732,094, Claim 28 is not invalid

    AND/OR

    (b) Patent 5,434,872, Claim 10, Patent 5,732,094, Claim 47 and/or Patent 6,570,884, Claim 1 has been infringed AND is not invalid

then you must decide the amount of damages that 3Com is entitled to.

What is that amount of damages?

$45,300,000.00

Dated: 4/9/08

FOREPERSON