1  Jeffrey Ostrow (CSB No. 213118)
   SIMPSON THACHER & BARTLETT LLP
2  2550 Hanover Street
   Palo Alto, California 94304-1115
3  Telephone: (650) 251-5000
   Facsimile: (650) 251-5002
4  E-mail:    jostrow@stblaw.com

5  Henry B. Gutman (admitted *pro hac vice*)
   Kerry L. Konrad (admitted *pro hac vice*)
6  SIMPSON THACHER & BARTLETT LLP
   425 Lexington Avenue
7  New York, New York 10017-3954
   Telephone: (212) 455-2000
8  Facsimile: (212) 455-2502
   E-mail:    hgutman@stblaw.com
9
   Attorneys for Plaintiff
10 3Com Corporation

11 Yitai Hu (SBN 248085)
   Sean P. DeBruine (SBN 168071)
12 Elizabeth H. Rader (SBN 184963)
   S.H. Michael Kim (SBN 203491)
13 AKIN GUMP STRAUSS HAUER & FELD, LLP
   Two Palo Alto Square
14 3000 El Camino Real, Suite 400
   Palo Alto, California 94306-2112
15 Telephone: (650) 838-2000
   Facsimile: (650) 838-2001
16 E-mail:    mkim@akingump.com

17 Attorneys for Defendant
   Realtek Semiconductor Corporation

18                    UNITED STATES DISTRICT COURT
19                   NORTHERN DISTRICT OF CALIFORNIA
20                        SAN FRANCISCO DIVISION

| | |
|---|---|
| 3COM CORPORATION, | Case No. Cv-03-02177-VRW |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED]** |
| REALTEK SEMICONDUCTOR CORPORATION, | **ORDER STAYING ACTION IN LIGHT OF PENDING SETTLEMENT** |
| Defendant. | |

       WHEREAS, the parties in the above-captioned action have reached an agreement

to resolve the dispute that is the subject matter of the above-referenced action;

       WHEREAS, one term of the parties' agreement is that the action not be dismissed

1  until after September 1, 2008, assuming compliance with the other terms of the agreement;

2    WHEREAS, the parties have filed various post-trial motions currently pending
3  before the Court;

4    WHEREAS, Plaintiff 3Com Corporation ("3Com") has served various discovery
5  requests on Realtek, which are pending; and

6    WHEREAS, the parties wish to avoid unnecessary expenditure of the Court's time
7  in resolving the pending motions and of the parties' time in complying with the pending discovery
8  requests;

9    NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE and
10 respectfully request the Court to Order that all post-trial proceedings in this matter be stayed until
11 September 2, 2008, including:

12   1. The Court's decision on all post-trial motions currently pending before it;

13   2. Realtek's obligation to respond to all pending discovery requests; and

14   3. Either party shall have the right to request that the Court lift this stay prior to
15 September 2, 2008 if the other party fails to comply with the terms of the agreement.

16 AGREED TO AND ACCEPTED:

17 Dated: July 17, 2008      SIMPSON THACHER & BARTLETT LLP

18            By:  /s/ Henry B. Gutman
19              Henry B. Gutman

           Attorneys for Plaintiff
20            3COM CORPORATION

21 Dated: July 17, 2008      AKIN GUMP STRAUSS HAUER
22            & FELD, LLP

23            By:  /s/ Sean P. DeBruine
             Sean P. DeBruine

24            Attorneys for Defendant
           REALTEK SEMICONDUCTOR CORP.
25

26 SO ORDERED:

27 Dated: __July 22_____, 2008   _____
             The Honorable Vaughn R. Walker
28              United States District Judge

1       Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under

2 penalty of perjury that concurrence in the filing of this document has been obtained from Sean P.

3 DeBruine.

4 Dated: July 17, 2008

                                      SIMPSON THACHER & BARTLETT LLP

                                      By:  /s/ Henry B. Gutman
                                              Henry B. Gutman (admitted *pro hac vice*)
                                              Attorneys for Plaintiff
                                              3COM CORPORATION