Jeffrey Ostrow (CSB No. 213118)
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, California 94304-1115
Telephone: (650) 251-5000
Facsimile: (650) 251-5002
E-mail: jostrow@stblaw.com

Henry B. Gutman (admitted *pro hac vice*)
Kerry L. Konrad (admitted *pro hac vice*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
E-mail: hgutman@stblaw.com

Attorneys for Plaintiff
3Com Corporation

Yitai Hu (SBN 248085)
Sean P. DeBruine (SBN 168071)
Elizabeth H. Rader (SBN 184963)
S.H. Michael Kim (SBN 203491)
ALSTON + BIRD, LLP
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, CA 94306-2112
Telephone: (650) 838-2000
Facsimile: (650) 838-2001
E-mail: yitai.hu@alston.com

Attorneys for Defendant
Realtek Semiconductor Corporation

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| 3COM CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>REALTEK SEMICONDUCTOR CORPORATION,<br><br>  Defendant. | Case No. Cv-03-02177-VRW<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** |

1         Plaintiff 3Com Corporation, Inc. ("3Com"), by its counsel Simpson Thacher &
2 Bartlett LLP, and Defendant Realtek Semiconductor Corporation ("Realtek"), by its counsel
3 Alston + Bird, LLP, hereby stipulate that they have reached a settlement of the dispute that is the
4 subject matter of the above-referenced action (the "Action"). Based upon such settlement, on the
5 consent and approval of 3Com and Realtek, IT IS HEREBY ORDERED that:
6         1. The Action, including, without limitation, all claims asserted by 3Com against
7 Realtek in the Action and all claims asserted by Realtek against 3Com in the Action, is hereby
8 dismissed with prejudice pursuant to Rules 41(a)(1)(A) and 41(c) of the Federal Rules of Civil
9 Procedure.
10         2. The parties have entered into a confidential settlement agreement. The Court
11 shall retain jurisdiction over the parties for purposes of enforcing this agreement.
12         3. Pursuant to the terms of the settlement agreement, the judgment with respect to
13 the jury's finding of willful infringement shall be vacated.
14         4. Each party shall bear its own costs and attorneys' fees.

AGREED TO AND ACCEPTED:

Dated: September 3, 2008          SIMPSON THACHER & BARTLETT LLP

By: /s/ Henry B. Gutman
    Henry B. Gutman

Attorneys for Plaintiff
3COM CORPORATION

Dated: September 3, 2008          ALSTON + BIRD, LLP

By: /s/ Yitai Hu
    Yitai Hu

Attorneys for Defendant
REALTEK SEMICONDUCTOR CORP.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __September 12__, 2008          _____

Vaughn R. Walker
United States District Judge

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Yitai Hu.

Dated: September 3, 2008

        SIMPSON THACHER & BARTLETT LLP

By:   /s/ Henry B. Gutman
       Henry B. Gutman (admitted *pro hac vice*)
       Attorneys for Plaintiff
       3COM CORPORATION